**KERSHAW SUNNYSIDE RANCHES, INC., Petitioner,**

v.

**SURFACE TRANSPORTATION BOARD, and United States of America, Respondent,**

**Yakima County; et al., Respondent–Intervenor.**

No. 05–76364.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 18, 2007 *.

Filed Oct. 25, 2007.

Kevan Montoya, Esq., Velikanje Moore & Shore, PS, Yakima, WA, for Petitioner.

General Counsel, DOT—U.S. Department of Transportation Office of the General Counsel, Jamie P. Rennert, Esq., Surface Transportation Board Office of the General Counsel, Ellen D. Hanson, Esq., Surface Transportation Board, Robert B. Nicholson, Esq., DOJ—U.S. Department of Justice, Antitrust Division—Appellate Section, Washington, DC, U.S. Attorney, USYA—Office of the U.S. Attorney, Yakima, WA, for Respondent.

Charles H. Montange, Esq., Seattle, WA, for Respondent–Intervenor.

R.App. P. 34(a)(2).

Before: D.W. NELSON, BEAM **, and RYMER, Circuit Judges.

ORDER ***

The Stipulated Motion for Dismissal filed on October 18, 2007, is GRANTED. This case is hereby dismissed with prejudice. Each party shall bear its respective costs and attorneys' fees.

A certified copy of this order sent to the district court shall act as and for the mandate of this court.

**DISMISSED.**

** The Honorable C. Arlen Beam, Senior United States Circuit Judge for the Eighth Circuit, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

